IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ALVIN PUTMAN**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **08-MC-86-MJR-CJP** |
| ) | |
| **LIMA AUTO MALL, INC., et al.**, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff Putman's motion for reconsideration of the Court's Order dated December 8, 2008, quashing subpoenas issued to Ken Otey and Craig Gottfried, employees of former defendant Airtex Products. L.P. **(Doc. 8).** Plaintiff had difficulty with the District's electronic filing requirements, which caused the Court to issue its ruling without the benefit of plaintiff's response.

**IT IS HEREBY ORDERED** that, for good cause shown, plaintiff's motion for reconsideration **(Doc. 8)** is **GRANTED**; the Court will reconsider its Order quashing the subpoenas issued to Ken Otey and Craig Gottfried **(Doc. 5)**.

**IT IS FURTHER ORDERED** that any reply to plaintiff's response must be filed on or before **December 23, 2008**.

**IT IS SO ORDERED.**

DATED: December10, 2008

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**